MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**January 14, 2020**

**VIA ECF**
The Hon. Judge George B. Daniels
United States District Judge
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 706
New York, NY 10007

JAN 1 5 2020

**SO ORDERED**

The January 16, 2020
conference is adjourned to
February 27, 2020 at 9:45 a.m.

*[signature]*
HON. GEORGE B. DANIELS

*Re:   Abeth Hashimi v. Harlem Sam, Inc. et al.*
      *Civil Action No.: 1:19-cv-08399-GBD*

Dear Judge George B. Daniels:

I represent the Plaintiff in the above-referenced matter. On September 11, 2019 this Honorable Court issued an Order for an Initial Pre-trial Conference to be held on January 16, 2020 at 9:30 am. I am writing to inform the Court that the Parties have been discussing resolution and jointly request removal of this Initial Pre-trial Conference from the calendar or alternatively an adjournment of thirty (30) days of the Initial Pre-trial Conference to finalize Settlement.

This is the first request for an adjournment of the Initial Pre-trial Conference. If the request is denied the Parties request to appear via telephone.

Thank you for your consideration.

Respectfully Submitted,

BARDUCCI LAW FIRM
s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only