MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**February 25, 2020**



**VIA ECF**
The Hon. Judge George B. Daniels
United States District Judge
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 706
New York, NY 10007

SO ORDERED

FEB 2 6 2020

The February 27, 2020 conference is adjourned to April 2, 2020 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: *Abeth Hashimi v. Harlem Sam, Inc. et al.*
    *Civil Action No.: 1:19-cv-08399-GBD*

Dear Judge George B. Daniels:

I represent the Plaintiff in the above-referenced matter. On January 15, 2020 this Honorable Court issued an Order granting adjournment of the Initial Pre-trial Conference of January 16, 2020 to be held on February 27, 2020 at 9:45 am. I am writing to inform the Court that the Parties are currently discussing resolution and jointly request an adjournment of thirty (30) days of this Initial Pre-trial Conference to finalize Settlement.

This is the second request for an adjournment of the Initial Pre-trial Conference. If the request is denied the Parties request to appear via telephone.

Thank you for your consideration.

                            Respectfully Submitted,

                            BARDUCCI LAW FIRM
                            s/Maria Costanza Barducci, Esq.
                            MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only