UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABETH HASHIMI,

                Plaintiff,

        -against-

HARLEM SAM, INC. et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 8399 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The April 2, 2020 conference is adjourned to June 4, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge