UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ABETH HASHIMI,

                Plaintiff,

-against-

                                  ORDER

HARLEM SAM, INC.; RSL 1590-1592
FIRST LLC,                             19 Civ. 8399 (GBD)

                Defendant.

------------------------------------ x

GEORGE B. DANIELS, District Judge:

     The July 23, 2020 initial conference is adjourned to November 19, 2020 at 9:30 a.m.

Dated: July 14, 2020
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE